UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVAN CAMPBELL,

                Plaintiff,                23-cv-3486 (JGK)

    - against -                      <u>ORDER</u>

FASHIONABLE, INC.,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

The time to respond to the complaint is extended to **July 5, 2023.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **July 19, 2023.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
             June 20, 2023

                                                _____
                                                    John G. Koeltl
                                         United States District Judge